**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Rosa Barrett                 BK NO. 25-00186 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
28 Jan 2025, 15:18:25, EST

                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322