United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00186-MJC
Frank Barrett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 03, 2025     Form ID: pdf010     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Barrett, 2148 Vista Circle, E. Stroudsburg, PA 18302-6628 |
| 5684552 | | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5684539 | ^ | MEBN | Mar 03 2025 18:46:01 | APEX ASSET MANAGEMENT, 2501 OREGON PIKE SUITE 120, LANCASTER, PA 17601-4890 |
| 5687292 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2025 18:56:36 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5684540 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 03 2025 18:49:59 | CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5684547 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2025 18:57:01 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5684553 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 03 2025 18:49:00 | CBE GROUP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5687488 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2025 18:56:34 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5684544 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 03 2025 18:57:12 | DEPT OF ED/ AIDV, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 5684551 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2025 18:57:01 | JPMCB HOME, 700 KANSAS LN, MONROE, LA 71203-4774 |
| 5684545 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 03 2025 18:57:53 | JPMCB HOME LENDING, 700 KANSAS LANE MAIL CODE LA4-6945, MONROE, LA 71203-4774 |
| 5687293 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2025 18:56:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5684863 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2025 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5684542 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 03 2025 18:56:38 | REGIONAL ACCEPTANCE, 1424 EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4105 |
| 5684550 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 03 2025 18:56:38 | REGIONALACCEPTANCE CO, 970 N COIT RD, RICHARDSON, TX 75080-5416 |
| 5684538 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 03 2025 18:49:00 | SALLIE MAE BANK, PO BOX 3229, WILMINGTON, DE 19804-0229 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5684546 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Mar 03 2025 18:49:00 | | SELECT PORTFOLIO SERVICING, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5684549 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Mar 03 2025 18:49:00 | | SELECT PORTFOLIO SVCIN, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5684541 | + | Email/Text: bankruptcynotices@cbecompanies.com Mar 03 2025 18:49:00 | | THE CIIE GROUP INC-FORMER, 131 TOWER PARK DRIVE SUITE 100, PO BOX 900, WATERLOO, IA 50704-0900 |
| 5684543 | ^ | MEBN | Mar 03 2025 18:46:31 | TOYOTA MOTOR CREDIT, CREDIT DISPUTE RESEARCH TEAM, PO BOX 661009, DALLAS, TX 75266-1009 |
| 5684548 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Mar 03 2025 18:49:00 | | TOYOTA MOTOR CREDIT CO, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5684555 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413 |
| 5684554 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>FRANK BARRETT,<br>    Debtor<br><br>JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>    Movant<br><br>vs.<br><br>FRANK BARRETT,<br>    Respondent | CHAPTER 13<br><br>CASE NO. 5:25-bk-00186-MJC |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, Dkt. # 13 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case be and is hereby **DISMISSED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 3, 2025